STATE v. HINTON

No. 122 PC.

Case below: 14 N.C. App. 564.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

STATE v. JORDAN

No. 107 PC.

Case below: 14 N.C. App. 453.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

STATE v. KILLIAN

No. 119 PC.

Case below: 14 N.C. App. 446.

Petition for writ of certiorari is treated as an appeal by reason of the dissent in the Court of Appeals decision. Appeal allowed 1 August 1972.

STATE v. MOFFITT

No. 183 PC.

Case below: 9 N.C. App. 694.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.

STATE v. NOBLES

No. 137 PC.

Case below: 14 N.C. App. 340.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.